**Dennis C. RUSSELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 67835.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2008.

Appeal from the Circuit Court of Morgan County, Donald Lloyd Barnes, Judge.

Dennis Russell, Garden City, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun Mackelprang and Dora Fichter, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Sean T. Wright appeals the circuit court's judgment convicting him of first-degree statutory sodomy and second-degree statutory sodomy. We affirm in this per curiam order pursuant to Rule 30.25(b).